| | |
|---|---|
| **Federal Defenders** | Southern District |
| OF NEW YORK, INC. | 81 Main Street, Suite 124 |
| | White Plains, NY 10601 |
| | Tel: (914) 428-7124 Fax: (914) 948-5109 |

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

# MEMO ENDORSED

November 19, 2025

The Honorable Victoria Reznik
Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

    Re:    *United States v. Kevin Cabrera* (24 MJ 03822)

Dear Honorable Reznik,

    I am writing to ask that the Court please modify the terms of Mr. Cabrera's release to allow Mr. Cabrera to attend his family's Thanksgiving celebration on November 27, 2025. As background, in October, 2024, Mr. Cabrera was charged with 18 USC 2251(a) and (e) in relation to allegations that he unlawfully sought and obtained sexually explicit photographs from a child he had communicated with online. Prior to his arrest, Mr. Cabrera lived with his parents and younger siblings in Wappinger Falls, New York, but under the terms of Mr. Cabrera's release he has been living with his father in Mohegan Lake, New York.[1] Over the past year, Mr. Cabrera has found employment, attended treatment, and abided by the terms of his release. According to his Pretrial Officer, there have been "no compliance issues and he is doing well."

    In light of Mr. Cabrera's compliance with the terms of his pretrial release, and the importance of maintaining relationships with one's family, I respectfully ask that Mr. Cabrera be allowed to travel to his parents' home in Wappinger Falls on November 27, 2025. If approved, Mr. Cabrera would spend the day with his family, help prepare the Thanksgiving meal, and then return to his home in Mohegan Lake in the evening.[2] While his younger siblings and cousins will be present, Mr. Cabrera will not have any unsupervised contact with any minors as eighteen (or so) adults will also be present. Additionally, Mr. Cabrera's parents are

---

[1] This enables Mr. Cabrera to avoid unsupervised contact with his younger siblings, which is a condition of his release.

[2] Ideally, Mr. Cabrera requests permission to arrive at his parents home around 8:00am and to leave at 10:00pm when the Thanksgiving event concludes.

aware of the requirement that Mr. Cabrera not have unsupervised contact with any minors and that he not use any internet-capable devices and they are willing to enforce these requirements and have expressed confidence that this will not pose an issue.

    I have communicated with Pretrial Officer Viosanny Harrison and she indicated that Pretrial objects to this request based on Pretrial's policy that prohibits social events for those who are subject to home detention. Despite this objection, Officer Harrison added that the Court should know that Mr. Cabrera is "doing well on supervision." I have communicated with AUSA Marcia Cohen and she indicates that the Government defers to Pretrial.

    Thank you for your consideration.

Sincerely,

Benjamin Gold<br>
Assistant Federal Defender

cc:     AUSA Marica Cohen<br>
        Pretrial Officer Viosanny Harrison

---

Given Mr. Cabrera's continued compliance with the terms of his pretrial release and Officer Harrison's statement that he is "doing well on supervision," the Court **GRANTS** his request to modify the terms of his release for the limited purpose of allowing him to attend his family's Thanksgiving celebration on November 27, 2025.

During this period, Mr. Cabrera must not have any unsupervised contact with any minors and must not use or have access to any internet-capable devices.

By **December 12, 2025,** defense counsel must submit to the undersigned (with copies to Pretrial Officer Harrison and AUSA Marcia Cohen) sworn affidavits from each of Mr. Cabrera's parents confirming that they understood the requirements described above and enforced them while Mr. Cabrera was in attendance at the Thanksgiving celebration.

SO ORDERED.

Hon. Victoria Reznik, U.S.M.J.

Dated: 11/19/2025