# Federal Defenders
## OF NEW YORK, INC.

Tamara L. Giwa
*Executive Director*

<table>
<tr><td>

**SO ORDERED:**
The Court grants the request to modify the terms of Mr. Cabrera's release to allow him to attend his family's Mother's Day celebration on May 9, 2026. Mr. Cabrera will be allowed to arrive at his parents home around 7:00 am and leave at 10:00 pm when the event concludes, subject to any other direction by his Pretrial Officer. While at his parents' house, Mr. Cabrera must not have any unsupervised contact with minors and must not use or have access to any internet-capable devices. By May 18, 2026, Mr. Cabrera's parents must submit an affirmation to the Court stating that they were aware of the above conditions and enforced them.

*Judith C. McCarthy* 5-6-26

JUDITH C. McCARTHY
United States Magistrate Judge

</td></tr>
</table>

The Honorable Judith McCarthy
Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York  10601-4150

Re:    *United States v. Kevin Cabrera* (24 MJ 03822)

Dear Honorable Reznik,

I am writing to ask that the Court please modify the terms of Mr. Cabrera's release to allow Mr. Cabrera to attend his family's Mother's Day celebration on May 9, 2026.[1]  As background, on October 31, 2024, Mr. Cabrera was charged with 18 USC § 2251(a) and (e) in relation to allegations that he unlawfully sought and obtained sexually explicit photographs from a child he had communicated with online.  Prior to his arrest, Mr. Cabrera lived with his parents and younger siblings in Wappinger Falls, New York, but under the terms of Mr. Cabrera's release he has been living with his father in Mohegan Lake, New York.[2]  Over the past eighteen months, Mr. Cabrera has found employment, attended treatment, and abided by the terms of his release.  According to his Pretrial Officer, there have been "no compliance issues and he is doing well" and Mr. Cabrera has attended similar holiday events, specifically on Christmas and Thanksgiving, without issue.  *See* ECF # 27 and 31.

In light of Mr. Cabrera's compliance with the terms of his pretrial release and in order to allow Mr. Cabrera to maintain a healthy relationship with his family, I respectfully ask that Mr. Cabrera be allowed to travel to his parents' home in Wappinger Falls on May 9, 2026 so that Mr. Cabrera can celebrate Mother's Day with his family.  If approved, Mr. Cabrera would spend the day with his family and

---

[1] Mr. Cabrera's family plans to celebrate Mother's Day on May 9th instead of May 10th.

[2] This enables Mr. Cabrera to avoid unsupervised contact with his younger siblings, which is a condition of his release.

then return to his home in Mohegan Lake in the evening.[3]  While his younger siblings and cousins will be present, Mr. Cabrera will not have any unsupervised contact with any minors and seventeen (or so) adults will also be present.[4] Additionally, Mr. Cabrera's parents are aware of the requirement that Mr. Cabrera not have unsupervised contact with any minors and that he not use any internet-capable devices and they are willing to enforce these requirements and have expressed confidence that this will not pose an issue.[5]

I have communicated with Pretrial Officer Viosanny Harrison and she indicated that "Pretrial objects to this request based on Pretrial's policy that prohibits social events for those who are subject to home detention".  AUSA Cohen also objected, indicating that the Government defers to Pretrial.  Despite these objections, in light of Mr. Cabrera's successful family visits on Thanksgiving and Christmas, and his long history of complying with the terms of his release, I ask that the Court please permit Mr. Cabrera to celebrate Mother's day with his family.

Thank you for your consideration.

Sincerely,

//s

Benjamin Gold
Assistant Federal Defender

cc:    AUSA Marica Cohen
       Pretrial Officer Viosanny Harrison

---

[3] Ideally, Mr. Cabrera requests permission to arrive at his parents home around 7:00am and to leave at 10:00pm.

[4] My understanding is that these adults are aware of Mr. Cabrera's case and the charges that are pending against him.

[5] Additionally, as they did for Thanksgiving and Christmas, Mr. Cabrera's parents are willing to sign an affirmation indicating that they are aware of these rules and that they will again enforce these rules.  *See* ECF # 29 and # 33.